An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

KIMBERLY REIL,
Appellant,
vs.
KELLA HONODEL; AND RICHARD
GOECKE,
Respondents.

No. 61196

**FILED**

AUG 1 3 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

### ORDER DISMISSING APPEAL

Appellant has filed a motion to voluntarily dismiss this appeal. The motion is granted, with the parties to bear their own costs and attorney fees. NRAP 42(b). Therefore, we

ORDER this appeal DISMISSED.

_____ , C.J.
Pickering

cc: Hon. Gayle Nathan, District Judge
Carolyn Worrell, Settlement Judge
Sterling Law, LLC
Willick Law Group
Harry Paul Marquis
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

13-23747